UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| PELFREY, MARK HENRY | ) | BANKRUPTCY CASE 10-13437 |
| | ) | Chapter 7 |
| DEBTOR. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Dustin M. Roach, and pays to this Court unclaimed property s follows:

| | | |
|---|---|---:|
| Claim #2 | Northeastern Center, Inc.<br>P.O. Box 817<br>Kendallville, IN 46755 | $0.80 |
| Claim #8 | Summit Radiology<br>c/o Snow & Sauerteig LLP<br>203 E Berry Street, Ste 1310<br>Fort Wayne, IN 46802 | 2.50 |
| | Total: | $3.30 |

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260-424-8132
dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of November, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

/s/ Dustin M. Roach
Dustin M. Roach, Trustee